INSLEY v. GARSIDE et al. In re SHARICK. (Circuit Court of Appeals, Ninth Circuit. October 22, 1903.) No. 989. Malony & Cobb, for appellant. Charles B. Marks and Lewis P. Shackleford, for appellees. No opinion. Decree of court below affirmed, with costs.

---

THE JAMES TUFFT. (Circuit Court of Appeals, Ninth Circuit. October 14, 1903.) No. 992. Appeal from the District Court of the United States for the District of Hawaii. T. C. Van Ness and L. A. Redman, for appellants. Upon filing of stipulation of counsel therefor, and upon motion of counsel, the appeal is dismissed; T. McCants Stewart signing stipulation as counsel for the appellee.

---

JORGENSEN v. YOUNG et al. (Circuit Court of 'Appeals, Ninth Circuit. November 6, 1903.) No. 972. In Error to the District Court of the United States for the First Division of the District of Alaska. John G. Heid and A. K. Delaney, for plaintiff in error. R. W. Jennings and L. S. B. Sawyer, for defendants in error. Motion of defendants in error to dismiss granted, and cause dismissed.

---

KILPATRICK et al. v. SEVERAIN. (Circuit Court of Appeals, Eighth Circuit. October 12, 1903.) No. 1,981. In Error to the Circuit Court of the United States for the District of Nebraska. T. J. Mahoney, N. K. Griggs, Alfred Hazlett, and Fulton Jack, for plaintiffs in error. Smyth & Smith, for defendant in error. No opinion. Reversed, at costs of plaintiffs in error, per stipulation of parties, and remanded to the Circuit Court, with directions to dismiss the case on the merits, with prejudice to any further action thereon.

---

MEXICAN CENT. RY. CO., Limited, v. RICHMOND. (Circuit Court of Appeals, Fifth Circuit. November 23, 1903.) No. 1,291. In Error to the Circuit Court of the United States for the Western District of Texas. Waters Davis and T. A. Falvey, for plaintiff in error. Geo. E. Wallace, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. In this case we find no reversible error, and the judgment of the Circuit Court is affirmed.

---

In re MEYER. (Circuit Court of Appeals, Ninth Circuit. October 16, 1903.) No. 1,005. George D. Collins, for petitioner. Motion for leave to file petition granted, and petition filed. Thereupon the petition was denied. Further appeal allowed to the Supreme Court.

---

MOBILE TRANSP. CO. v. CITY OF MOBILE et al. (Circuit Court of Appeals, Fifth Circuit. November 23, 1903.) No. 1,257. Appeal from the Circuit Court of the United States for the Southern District of Alabama. Frederick G. Bromberg, for appellant. Harry T. Smith and Gregory L. Smith, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. After a careful examination of this case and the very exhaustive briefs filed, we are of opinion that the learned judge of the Circuit Court rendered the proper decision, and his decree is affirmed.